UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HENRY L. HENCE, JR.,

                                            CASE NO. 97-40461

                 Petitioner,

v.                                      HONORABLE PAUL V. GADOLA
                                              U.S. DISTRICT JUDGE

DAVID SMITH,

                 Respondent.
_____/

## ORDER DENYING MOTION FOR A CERTIFICATE OF APPEALABILITY & DENYING APPLICATION TO PROCEED IFP ON APPEAL

Now before the Court are Petitioner's Application to Proceed *In Forma Pauperis* on Appeal [docket entry #109] and his Motion for Certificate of Appealability [docket entry #108]. For the reasons stated below, the Court will deny Petitioner's Motion for Certificate of Appealability and deny Petitioner's Application to Proceed *In Forma Pauperis* on Appeal.

Pursuant to 28 U.S.C. § 2253, before a petitioner may appeal a decision of this Court, the Court must determine if petitioner is entitled to a Certificate of Appealability ("COA"). 28 U.S.C. § 2253(c)(1)(a); Fed. R. App. P. 22(b). The Court must either issue a certificate of appealability indicating which issues satisfy the required showing or provide reasons why such a certificate should not issue. 28 U.S.C. § 2253(c)(3); Fed. R. App. P. 22(b). A COA may be issued "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The substantial showing threshold is satisfied when a petitioner demonstrates "that reasonable jurists could debate whether (or, for that matter, agree that) the

petition should have been resolved in a different manner or that the issues presented were 'adequate to deserve encouragement to proceed further.' " *Slack v. McDaniel*, 529 U.S. 473, 484 (2000) (quoting *Barefoot v. Estelle*, 463 U.S. 880, 893, n.4 (1983)).

In applying the above standard, a district court may not conduct a full merits review, but must limit its examination to a threshold inquiry into the underlying merit of the Petitioner's claims. *Miller-El v. Cockrell*, 537 U.S. 322, 336-37 (2003). "When a habeas applicant seeks permission to initiate appellate review of the dismissal of his petition," a federal court should "limit its examination to a threshold inquiry into the underlying merit of his claims." *Id*. at 323.

After conducting the required inquiry, and for the reasons stated in the Court's previous order that Petitioner now appeals, the Court finds that Petitioner has not made a substantial showing of the denial of a constitutional right with respect to any of the claims presented. *See* 28 U.S.C. § 2253(c)(2). Petitioner should not receive any encouragement to proceed further. *Slack*, 529 U.S. at 484. Because the Court can discern no good faith basis for an appeal, *see Miller-El*, 537 U.S. at 338, any appeal would be frivolous. The Court will therefore deny a certificate of appealability. *See Long v. Stovall*, 450 F. Supp. 2d 746, 755 (E.D. Mich. 2006)(Gadola, J.). The Court will also deny Petitioner leave to appeal in forma pauperis, because the appeal would be frivolous. *Hence v. Smith*, 49 F. Supp. 2d 547, 549 (E.D. Mich. 1999)(Gadola, J.).

**ACCORDINGLY, IT IS HEREBY ORDERED** that Petitioner's Motion for Certificate

of Appealability [docket entry #108] and Petitioner's Application to Proceed *In Forma Pauperis* on Appeal [docket entry #109] are **DENIED**.

**SO ORDERED.**

Dated: October 12, 2007             s/Paul V. Gadola
HONORABLE PAUL V. GADOLA
UNITED STATES DISTRICT JUDGE

---

Certificate of Service

I hereby certify that on   October 12, 2007 , I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:
                                                                                                                  , and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants:            Henry Lee Hence, Jr.; Vincent J. Leone                        .

s/Ruth A. Brissaud
Ruth A. Brissaud, Case Manager
(810) 341-7845